■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ABDALLAH ABDUL-LATIF, Appellant. [691 NYS2d 342] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Egitto, J.), rendered December 18, 1996, convicting him of robbery in the first degree, criminal possession of a weapon in the second degree, and criminal possession of a weapon in the third degree (two counts), upon a jury verdict, and imposing sentence. The appeal brings up for review the denial, after a hearing, of that branch of the defendant's omnibus motion which was to suppress identification testimony.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the lineup identification procedure was not unduly suggestive.

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Ritter, J. P., Altman, Krausman and Florio, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUEBEN ALVAREZ, Appellant [691 NYS2d 793] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Tomei, J.), rendered April 3, 1997, convicting him of coercion in the first degree, assault in the third degree, and menacing in the second degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Santucci, J. P., Luciano, Schmidt and Smith, JJ., concur.